UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH GRAUS,

    Plaintiff,

v.                                                                   No. 06-14102

CORRECTIONAL MEDICAL            HON. PAUL D. BORMAN
SERVICES,

    Defendant,

_____/

## **JUDGMENT**

    This action came before the Court, Honorable Paul D. Borman, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered,

    **IT IS ORDERED** and **ADJUDGED** that defendant's motion to dismiss is **GRANTED** and the complaint **DISMISSED WITHOUT PREJUDICE.**

                                                                     DAVID WEAVER, CLERK

                                                                     s/Denise Goodine
                                                                     Denise Goodine, Deputy Clerk

APPROVED:

 S/PAUL D. BORMAN
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE